# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

AHMAD HAYWARD

Case Number: 2:00-cr-82-FtM-29DNF

USM Number: 33281-018

Diane Gonzalez, Retained
28100 Bonita Grande Dr.
Bonita Springs, FL 34135

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant was found in violation of charge number(s) One & Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct: Driving While License Suspended or Revoked - Third or Subsequent Offense, while on supervision in violation of the conditions of supervision | February 13, 2009 |
| Two | New criminal conduct: Trafficking of Heroin - Four Grams to Under Thirty Grams, while on supervision in violation of the conditions of supervision | February 13, 2009 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**Violation Charge Nos. Three, Four, Five & Six are dismissed by the Court.**

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence. or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

10/19/2009

JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

October 2 0 ,2009

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **TIME SERVED**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED